

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

February 27, 2022

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/28/2022
```

**MEMORANDUM ENDORSED**

Re:     *Tavarez-Vargas v. Clothing Shop Online, LLC*; Case No. 1:21-cv-9869- GHW

Dear Judge Woods:

We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for March 8, 2022, at 4:30 p.m. The parties request this adjournment since Defendant's answer was due on January 4, 2021, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *Clothing Shop Online, LLC,* and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:     All Counsel of Record (via ECF)

Plaintiff's request to adjourn the initial pretrial conference is granted.  The initial pretrial conference scheduled for March 8, 2022 is adjourned to April 13, 2022 at 4:30 p.m.  The joint status letter and proposed case management plan described in the Court's November 26, 2022 order are due no later than April 6, 2022.

SO ORDERED.

Dated: February 28, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge