

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

April 6, 2022

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2022

**MEMORANDUM ENDORSED**

Re:   *Tavarez-Vargas v. Clothing Shop Online, LLC*; Case No. 1:21-cv-09869-GHW

Dear Judge Woods:

We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced action. We submit this letter requesting an adjournment of the initial conference set for April 13, 2022, at 4:30 p.m. Defendant's answer was due January 4, 2022, and has yet to appear. Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Defendant, Clothing Shop Online, LLC, and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules. Therefore, Plaintiff requests 21 days in which to both obtain said Certificate of Default and present the Court with an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's second request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

Application granted. The initial pretrial conference scheduled for April 13, 2022 is adjourned *sine die*. The Court expects Plaintiff to initiate default proceedings by no later than April 27, 2022. Plaintiff is directed to comply with the Court's Individual Rules of Practice in connection with any application for an order to show cause for default judgment. Plaintiff is directed to serve a copy of this order on Defendant and to file proof of such service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.

Dated: April 7, 2022
New York, New York

GREGORY H. WOODS
United States District Judge