```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
CARMEN TAVAREZ-VARGAS, individually and                          :
on behalf of all others similarly situated,                      :
                                                                 :
                                          Plaintiff,             :
                                                                 :
                      -against-                                  :
                                                                 :
CLOTHING SHOP ONLINE, LLC.,                                      :
                                                                 :
                                          Defendant.             :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2022

1:21-cv-9869-GHW

ORDER

GREGORY H. WOODS, District Judge:

Plaintiff's application for default judgment, Dkt. Nos. 16–19, is denied. Plaintiff's motion does not comply with the Court's Individual Rules of Practice in Civil Cases, available on the Court's website. Namely, Plaintiff did not submit a memorandum of law that complies with the Court's rules. If Plaintiff wants to apply for default judgment, Plaintiff is ordered to file an application fully compliant with the procedure set forth in Attachment A to the Court's Individual Rules of Practice in Civil Cases. The Court expects the complete application to be filed by May 5, 2022.

SO ORDERED.

Dated: April 28, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge